| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor 1 | Eileen M. Brian | |
| Debtor 2 (Spouse if Filing) | | |
| United States Bankruptcy Court for the: | Western District of | KY (State) |
| Case Number | 19-31806-thf | |

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of Creditor** | Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust V | Court claim no. (if known): | 4 |
| **Last 4 digits** of any number you use to identify the debtor's account: | 6093 | **Date of payment change:** Must be at least 21 days after date of this notice | August 1, 2019 |
| | | **New total payment:** Principal, interest, and escrow, if any | 1,624.07 |

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   [X] No
   [ ] Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____

   Current escrow payment:    $_____        New escrow Payment:  $_____

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   [ ] No
   [X] Yes    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____

   Current interest rate        7.6250 %        New Interest rate:        7.6250 %
   Current principal and interest payment:    $    1,624.07        New principal and interest payment:  $    1,624.07

### Part 3: Other Payment Change

1. Will there be a change in the debtor's mortgage payment for a reason not listed above?

    [X] No

    [ ] Yes  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

    Reason for Change: _____

    **Current mortgage payment:**   $_____        **New Mortgage Payment:**  $_____

| Debtor 1 | Eileen | M. | Brian | Case Number *(if known)* | 19-31806-thf |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ] I am the creditor

[X] I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:**

x  /s/ David C Nalley                           Date  12/03/2019
   Signature

Print:    David         C           Nalley (85637)       Title    Attorney for Creditor
          First Name    Middle Name  Last Name

Company   Reisenfeld & Associates LLC

Address   3962              Red Bank Road
          Number            Street

          Cincinnati        OH        45227
          City              State     Zip Code

Contact Phone   (513) 322 - 7000                          Email   kybk@rslegal.com

Official Form 410S1                Notice of Mortgage Payment Change                page 2

## CERTIFICATE OF SERVICE

I certify that on the __3rd___ day of __December_____, __2019___ a copy of the foregoing was served:

Via the Court's electronic case filing system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

### Via ECF Mail:

Christopher T. Kurtz, Debtor's Counsel
chris@paulconwaylaw.com

William W. Lawrence, Bankruptcy Trustee
ECF@louchapter13.com

U.S. Trustee
ustpregion08.lo.ecf@usdoj.gov

### Via Regular U.S. Mail, postage prepaid on:

Eileen M. Brian , Debtor
13627 Hunters Ridge Court
Prospect, KY 40059

/s/ David C Nalley
David C Nalley, Esq.

6/7/2019

## SUBSEQUENT INTEREST RATE ADJUSTMENT

| Summary | |
|---|---|
| Account # | |
| Statement Date | 06/07/2019 |

| Account Information | |
|---|---|
| Unpaid Principal Balance | $208,096.68 |
| Interest Rate | 8.00000000% |
| Prepayment Penalty | No |

EILEEN M. BRIAN
13627 HUNTERS RIDGE CT
PROSPECT, KY 40059

Under the terms of your Adjustable-Rate Mortgage (ARM), you had a 6 month period during which your interest rate stayed the same. The period ends on 07/01/2019, so on that date your interest rate may change. After that, your interest rate may change Semi-Yearly for the rest of your loan term. Any change in your interest rate may also change your mortgage payment.

| | Current Rate & Monthly Payment | Estimated New Rate & Monthly Payment |
|---|---|---|
| Interest Rate | 8.00000000% | 7.62500000% |
| Principal | $271.18 | $301.79 |
| Interest | $1,387.31 | $1,322.28 |
| Escrow | $0.00 | $0.00 |
| Suspense | $0.00 | $0.00 |
| Other Payments | $0.00 | $0.00 |
| Total Monthly Payment | $1,658.49 | $1,624.07 |

(due 08/01/2019)

**Interest Rate**: We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin". Under your loan agreement, your index rate is the FNMA 6-Month LIBOR and your margin is 5.125%. The FNMA 6-Month LIBOR is published Monthly in www.thefinancials.com. The index rate plus the margin will be rounded to the nearest 0.12500000%.

**Rate Limit**: Your rate can never be higher than 13.625% over the life of the loan. Your rate can never be lower than 7.625% over the life of the loan. Your rate can increase by no more than 1.000% each adjustment period and your rate can decrease by no more than 1.000% each adjustment period.This additional increase may apply to your interest rate when it adjusts again on 01/01/2020.

**New Interest Rate and Monthly Payment**: The table above shows our estimate of your new interest rate and new monthly payment. These amounts are based on the most recently published FNMA 6-Month LIBOR, your interest rate limitations, your loan balance of $208,096.68, and your remaining loan term of 266 months.

**If You Anticipate Problems Making Your Payments**:
- Contact FCI Lender Services at 1-800-931-2424 ext. 650 as soon as possible
- If you seek an alternative to the upcoming changes to your interest rate and payment, the following options may be possible (most are subject to lender approval):
    - **Refinance your loan**
    - **Sell your home** and use the proceeds to pay off your current loan
    - **Modify your loan terms**
    - **Payment forbearance** temporarily gives you more time to pay your monthly payment
- If you would like contact information for counseling agencies or programs in your area, call the US Department of Housing and Urban Development (HUD) at 800-569-4287 or visit www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. If you would like contact information for a State housing finance agency, visit the US Consumer Financial Protection Bureau (CFPB) at www.consumerfinance.gov/mortgagehelp/

IMPORTANT NOTICE: IF YOU OR YOUR ACCOUNT ARE SUBJECT TO PENDING BANKRUPTCY PROCEEDINGS, OR IF YOU RECEIVED A BANKRUPTCY DISCHARGE ON THIS DEBT, THIS STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT. IF YOU ARE NOT IN BANKRUPTCY OR DISCHARGED OF THIS DEBT, BE ADVISED THAT FCI IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.